447 F.2d 1370
 Leonard S. WHITNER, Plaintiff-Appellant,
v.
ATTORNEY GENERAL and United States Board of Parole,
Defendant-Appellee.
No. 71-2191 Summary Calendar.*
*Rule 18, 5th Cir.; see Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of N.Y. et al., 431 F.2d 409, Part I
(5th Cir. 1970).
 United States Court of Appeals, Fifth Circuit.
 Sept. 22, 1971.
 
 Leonard S. Whitner, pro se.
 John W. Stokes, Jr., U.S. Atty., Eugene A. Medori, Jr., Asst. U.S. Atty., Atlanta, Ga., for defendant-appellee.
 Appeal from the United States District Court for the Northern District of Georgis; Charles A. Moye, Jr., District Judge.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)